# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                   Case No. 12-MJ-966 LAM

RAYMOND LARIVA,

      Defendant.

## ORDER FINDING PROBABLE CAUSE

**THIS MATTER** came before the Court for a Preliminary Hearing, requested by defense counsel, which was held on April 27, 2012.  Counsel for both parties, as well as Defendant, were present.  The criminal complaint was filed April 23, 2012, against Defendant Raymond Lariva.  The Court, having considered the testimony and argument of counsel at the hearing, **FINDS** that there is probable cause to believe that a crime has been committed and that Defendant committed it, based on the testimony at the hearing.  *See Clerk's Minutes (Doc. 8).*

**IT IS THEREFORE ORDERED** that, because probable cause has been found, Defendant Raymond Lariva must appear for further proceedings and answer to the criminal complaint.

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**